# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BETTY G. ROBERTS  
1901 S. MAIN STREET  
ROCKFORD, IL 61102

SSN-xxx-xx-0991

Case Number: 05-70131

Case filed on: 1/13/2005  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,800.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 233 | JP MORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BETTY G. ROBERTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | US BANK/RETAIL PAYMENT SOLUTIONS | 6,000.00 | 6,000.00 | 6,000.00 | 455.07 |
|  | Total Secured | 6,000.00 | 6,000.00 | 6,000.00 | 455.07 |
| 001 | AMERICAN GENERAL FINANCE | 1,544.20 | 1,544.20 | 276.63 | 0.00 |
| 002 | GREATBANK ALGONQUIN | 7,006.04 | 7,006.04 | 1,255.07 | 0.00 |
| 003 | US BANK/RETAIL PAYMENT SOLUTIONS | 1,754.99 | 1,754.99 | 314.39 | 0.00 |
| 004 | AMCORE BANK NA | 526.48 | 526.48 | 94.31 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 649.81 | 649.81 | 116.41 | 0.00 |
| 006 | SMC | 1,240.34 | 1,240.34 | 222.20 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,010.72 | 1,010.72 | 181.07 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 322.44 | 322.44 | 57.76 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 2,878.00 | 2,878.00 | 515.56 | 0.00 |
| 011 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CYNTHIA M SACHS DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 3,721.67 | 3,721.67 | 666.71 | 0.00 |
| 014 | FIRST EXPRESS | 900.09 | 900.09 | 161.24 | 0.00 |
| 015 | FINGERHUT | 488.05 | 488.05 | 87.43 | 0.00 |
| 016 | HOME SHOPPING NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 999.02 | 999.02 | 178.97 | 0.00 |
| 018 | IMBS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 2,473.11 | 2,473.11 | 443.04 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 670.23 | 670.23 | 120.06 | 0.00 |
| 021 | MARSHALL FIELD | 360.60 | 360.60 | 64.60 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 894.84 | 894.84 | 160.30 | 0.00 |
| 023 | RESURGENT CAPITAL SERVICES | 5,064.76 | 5,064.76 | 907.31 | 0.00 |
| 024 | Q CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD AMBULATORY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RESURGENT CAPITAL SERVICES | 2,526.38 | 2,526.38 | 452.58 | 0.00 |
| 028 | RESURGENT CAPITAL SERVICES | 1,322.07 | 1,322.07 | 236.83 | 0.00 |
| 029 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 4,283.55 | 4,283.55 | 767.36 | 0.00 |
| 030 | CITIBANK USA NA | 363.89 | 363.89 | 65.18 | 0.00 |
| 031 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ALLYSON ROBERTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | JP MORGAN CHASE BANK NA% CHASE HOME | 51,487.82 | 3,376.29 | 3,376.29 | 0.00 |
|  | Total Unsecured | 92,489.10 | 44,377.57 | 10,721.30 | 0.00 |
|  | Grand Total: | 99,853.10 | 51,741.57 | 18,085.30 | 455.07 |

Total Paid Claimant:     $18,540.37  
Trustee Allowance:        $1,259.63  
Percent Paid Unsecured:      24.16

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan